People v Ramos (2024 NY Slip Op 05187)

People v Ramos

2024 NY Slip Op 05187

Decided on October 22, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 22, 2024

Before: Webber, J.P., Friedman, Mendez, Shulman, O'Neill Levy, JJ. 

Ind. No. 798/17 Appeal No. 2865 Case No. 2019-05058 

[*1]The People of the State of New York, Respondent,
v
Angel Ramos, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Naila S. Siddiqui of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Jennifer Covais of counsel), for respondent.

Judgment, Supreme Court, New York County (Charles H. Solomon, J., on motions and at plea; Curtis Farber, J., at sentencing), rendered August 7, 2019, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the fifth degree, and sentencing him to three years of probation, unanimously affirmed.
The court properly denied defendant's motion to suppress physical evidence without granting a hearing (see generally People v Mendoza, 82 NY2d 415 [1993]). The People provided defendant with detailed information about the undercover sale that formed the basis for his arrest. Defendant's conclusory denial of his participation in the alleged sale did not contradict the felony complaint's factual allegations, and his denial was insufficient, in the context of the information available to defendant, to require a hearing (see People v Jones, 95 NY2d 721 [2001]; People v McFaline, 167 AD3d 465, 466 [1st Dept 2018]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 22, 2024